IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHRYN PETERSON CARTWRIGHT, )
in her capacity as Administrator CTA of the )
Estate of Kristine A. Peterson and )
KATHRYN PETERSON CARTWRIGHT, )
in her capacity as Successor Trustee of the )
Kristine A. Peterson Trust dated 2/2/80, )
                                                                                               )
    Plaintiffs,                                   )       NO. 3:17-cv-1464
                                                                       )       JUDGE RICHARDSON
v.                                                                              )
ESTATE OF DELBERT LEROY )
PETERSON and DEBORAH ANN )
COLVIN PETERSON, )
    Defendants. )

**ORDER**

      The parties have filed, in response to the Court's prior Order (Doc. No. 142), separate Status Reports on the settlement of this action (Doc. Nos. 143 and 144). As noted by the Court before, the settlement in this case is part of a global settlement of all litigation among the parties, including two estate administration actions in the Todd County, Kentucky Circuit Court ("the Kentucky court"), where issues related to settlement are currently pending. The parties estimated that this matter would be resolved by the end of 2020, but the Defendant Estate of Delbert Leroy Peterson, Jr. ("Estate") has recently appealed an order of the Kentucky court related to the language of the Settlement Agreement. (*Id.*)

      Given the continuing litigation in the Kentucky courts and the now uncertain time for completion of the settlement, the Court believes it is appropriate to close this case administratively,

pending resolution of the companion Kentucky cases. Therefore, the Clerk shall close this case administratively, pending further order of the Court. Once the Kentucky litigation is complete, the parties may file a motion to reopen this case for purposes of entering an Agreed Order of Dismissal or to continue this litigation if necessary.

    IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE